1 **JS-6**
2
3
4
5
6
7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE CO., | Case No.: CV 12-01478 SJO (SPx) Honorable S. James Otero Courtroom 1 |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| WILLIAM MITCHELL PATRICK dba MP ENGINEERING and as MITCHELL PATRICK ENGINEERING, | |
| Defendant. | |

## JUDGMENT

Plaintiff Navigators Specialty Insurance Co.'s ("Plaintiff") Amended Motion for Entry of Default Judgment by the Court ("Motion") came on for hearing before the Honorable S. James Otero, United States District Court Judge, in Courtroom 1 of the United States District Court for the Central District of California, Western Division, located at 312 North Spring Street, Los Angeles, California 90012-4701.

After considering the papers filed in support of the Motion and good cause appearing, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT**:

1. The subject insurance policy, policy No. GS514579, is rescinded upon return of premiums paid for the policy to Defendant;

2. Plaintiff has no duty to defend or indemnify Defendant in the Underlying Action, *Alanis v. Patrick*, Riverside County Superior Court Case No. RIC 452753, consolidated with Case No. RIC 456409.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: October 16, 2012

S. James Otero
United States District Court Judge